# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARTIN L. MCLENDON, | : : : |
| Plaintiff, | : : |
| v. | : :  CASE NO.: 1:20-CV-132 (LAG) |
| ATAOLLAH "BUBBA" MASOODZADEHGAN, *et al.*, | : : : : |
| Defendants. | : : |

## ORDER

The Parties have advised the Court that they have settled this case. (*See* Email from Chris Cohilas, Plaintiff, to Judge Gardner, U.S. District Court for the Middle District of Georgia (Sept. 5, 2024, 11:29 AM EDT) (on file with the Court)). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the Parties to finalize the settlement agreement at issue. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 30th day of September, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**