# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARTIN L. MCLENDON, : : : : Plaintiff, : : v. : : ATAOLLAH "BUBBA" MASOODZADEHGAN, *et al.*, : : : Defendants. : : | CASE NO.: 1:20-CV-132 (LAG) |

## **ORDER**

Before the Court is the Plaintiff's and Defendants' Joint Motion to Dismiss this Action (Motion), filed November 5, 2024. (Doc. 45). Therein, the Parties represent that they have reached a settlement in this matter. (*Id.* at 1). The Parties seek dismissal of this action (1) with prejudice to Martin L. McLendon, and (2) without prejudice to the United States. (*Id.*). The United States of America filed a Consent to Dismissal on November 6, 2024, consenting "to the dismissal of this action without prejudice to the rights of the United States of America." (Doc. 46 at 1; *see* Doc. 45 at 1–2).

Pursuant to Federal Rule of Civil Procedure 41(a), a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a). Here, all parties who have appeared in this action have signed the stipulation of dismissal. Accordingly, this action is **DISMISSED with prejudice** to Plaintiff and **DISMISSED without prejudice** to the United States of America.

**SO ORDERED**, this 26th day of December, 2024.

2

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**