IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARTIN L. McLENDON, | * |
| | * |
| Plaintiff, | Case No.  1:20-cv-132 (LAG) |
| v. | * |
| ATAOLLAH "BUBBA" MASOODZADEHGAN, *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 26, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 26th day of December 2024.

David W. Bunt, Clerk


s/ Timothy L. Frost, Deputy Clerk